JS-6

**THE HAHN LEGAL GROUP**<sup>APC</sup>
ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com
2121 Rosecrans Avenue, Suite 4300
El Segundo, California 90245
T:(310)706-3400
F:(310)706-3440

Attorneys for Defendant
TARGET CORPORATION (erroneously sued as TARGET CORPORATION dba TARGET STORE #2468)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KAREN WHISLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION dba TARGET STORE #2468; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-02030 JGB (SHKx)<br><br>The Hon. Jesus G. Bernal<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

1
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: March 16, 2022



_____
The Hon. Jesus G. Bernal
U.S. District Judge